**GUZIK TECHNICAL ENTERPRISES, INC., Plaintiff–Appellant,**

v.

**WESTERN DIGITAL CORPORATION, Western Digital Technologies, Inc., Western Digital (Fremont) Inc., Western Digital (Thailand) Company Limited, And Western Digital (Malaysia) SDN.BHD., Defendants–Appellees.**

No. 2014–1421.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2015.

A. Marisa Chun, McDermott, Will & Emery, LLP, of Menlo Park, CA, argued for plaintiff-appellant. With her on the brief were Daniel E. Alberti and Eric W. Hagen. Of counsel were M. Miller Baker, of Washington, DC, and Natalie A. Bennett, of Chicago, IL.

Douglas E. Lumish, Latham & Watkins, LLP, of Menlo Park, CA argued for defendants-appellees. With him on the brief were Richard G. Frenkel and Michelle P. Woodhouse; and James L. Day, of San Francisco, CA.

O'MALLEY, BRYSON, and HUGHES, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* **Fed. Cir. R. 36.**